UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **ALLRED NEWSOME, JR.,**<br><br>       **Plaintiff,**<br><br>**V.**<br><br>**CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,**<br><br>       **Defendant.** | **CIVIL ACTION NO. 7:14-64-KKC**<br><br><br>**JUDGMENT** |

*** *** ***

The Court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

Dated September 16, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY